

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CRAIG RUDOLPH, ) <br> ) <br> Defendant. ) | 2:14-CR-399-KJD-(PAL) |

## Preliminary ORDER OF FORFEITURE

This Court finds that on **DATE OF PLEA**, defendant CRAIG RUDOLPH pled guilty to Count One of a Thirty-Eight-Count Indictment charging him with Conspiracy to Commit Wire Fraud in violation of Title 18, United States Code, Sections 1343 and 1349. Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant CRAIG RUDOLPH agreed to the imposition of the in personam criminal forfeiture money judgment of $102,267 set forth in the Plea Agreement. Indictment, ECF No. 1; Plea Agreement, ECF No. __; Change of Plea, ECF No. __.

This Court finds that CRAIG RUDOLPH shall pay a criminal forfeiture money judgment of $102,267 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

///

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from CRAIG RUDOLPH a criminal forfeiture money judgment in the amount of $102,267 in United States Currency.

DATED this 9th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE