

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 2 3 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____
DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
                             )
          Plaintiff,  )
                             )
    v.                        )     2:14-CR-399-KJD-(PAL)
                             )
CRAIG RUDOLPH,  )
                             )
          Defendant.  )

## FINAL ORDER OF FORFEITURE

This Court found that CRAIG RUDOLPH shall pay the criminal forfeiture money judgment of $102,267 in United States Currency, not to be held jointly and severally liable with any codefendants, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p). Indictment, ECF No. 1; Plea Agreement, ECF No. 123; Change of Plea, ECF No. 126; Preliminary Order of Forfeiture, ECF No. 127.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from CRAIG RUDOLPH the criminal forfeiture money judgment in the amount of $102,267 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

/ / /

1     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of

2  this Order to all counsel of record and three certified copies to the United States Attorney's Office,

3  Attention Daniel D. Hollingsworth, Asset Forfeiture Unit.

4     DATED this 23rd day of FEBRUARY, 2016.

5

6

7                                    _____
                                     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26